IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES M. BYRNES, WILLIAM J. DILLNER, JR., EDWARD P. DINI, M.E. DOUTT, RONALD W. GIBBS, THOMAS N. HEIDER, JOHN P. O'CONNOR, JOSEPH ROSSI, JR., JOSEPH E. ZAUCHA, BEN WOODS<br><br>Trustees of the Western Pennsylvania Teamsters and Employers Welfare Fund,<br><br>Plaintiffs<br><br>v.<br><br>PITTSBURGH VALET, LLC,<br><br>Defendant | Civil Action No. 06-258<br><br>Judge Gary L. Lancaster<br><br>Magistrate Judge Robert C. Mitchell |

## JUDGMENT ORDER

AND NOW, this 26th day of JUNE, 2006, upon consideration of the Stipulation of the parties showing that Defendant conducts an ongoing business operation giving rise to an obligation to pay employee benefit fund contributions governed by the Employee Retirement Income Security Act ("ERISA"), and which has repeatedly incurred delinquent employee benefit fund contribution obligations to the Plaintiffs, the Trustees of the Western Pennsylvania Teamsters and Employers Welfare Fund, it is hereby ordered that:

1. A permanent injunction be entered enjoining Defendant from failing to honor its obligations to remit to Plaintiffs timely reports of covered employment, together with the applicable monthly contributions, on or before the due dates required under the Welfare Fund's rules.

2. Insofar as the parties, through the Stipulation and injunction, have reached an amicable settlement in this matter, this proceeding shall be marked satisfied and discontinued with prejudice. The clerk is directed to mark this case CLOSED.

United States District Judge