IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES M. BYRNES, WILLIAM J. DILLNER, JR., EDWARD P. DINI, M.E. DOUTT, RONALD W. GIBBS, THOMAS N. HEIDER, JOHN P. O'CONNOR, JOSEPH ROSSI, JR., JOSEPH E. ZAUCHA, BEN WOODS | |
| | Civil Action No. 06-258 |
| Trustees of the Western Pennsylvania Teamsters and Employers Welfare Fund, | Judge Gary L. Lancaster |
| | Magistrate Judge Robert C. Mitchell |
| Plaintiffs | |
| v. | |
| PITTSBURGH VALET, LLC, | |
| Defendant | |

### JUDGMENT ORDER

AND NOW, this 19th day of Aug., 2006, upon consideration of the Plaintiffs' Motion to Enter Judgment and Enforce Judgment Order, which shows that Defendant Pittsburgh Valet, LLC, is in violation of the Stipulation it entered into with Plaintiffs as well as the Judgment Order signed on June 26, 2006 by Judge Gary L. Lancaster, it is hereby ordered that:

1. Judgment be entered against Defendant in the amount of **$12,519.95,** as well as any additional outstanding amounts which later become due;



United States District Judge